LAW OFFICES
## CAROLE M. STANYAR
221 North Main Street, Suite 300
Ann Arbor, Michigan 48104
(313) 819-3953
cstanyar@wowway.com

March 25, 2014

Cheryl Borkowski, Case Manager
United States Court of Appeals
  for the Sixth Circuit
532 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Re: <u>DeBoer v Snyder</u>, E.D. Mich. No. 12-CV-10285
    6th Circuit No. 14-1341

Dear Ms. Borkowski:

    Plaintiffs-Appellees offer the following supplemental authority pursuant to Federal Rule of Appellate Procedure 28(j).

    In replying to the motion for stay pending appeal, Defendants-Appellants cite to a series of cases which have nothing to do with the proposition they urge (that oral motions are often heard and decided in the Eastern District of Michigan). See *Reynolds v. Banks*, 2013 WL 3389059 (E.D. Mich. July 8, 2013); *United States v. Pacheco*, 2013 WL 1976118 (E.D. Mich. May 13, 2013); *United States v. Cooper*, 2012 WL 12706 (E.D. Mich. Jan. 4, 2012); *United States v. Daniel*, 2011 WL 6090245 (E.D. Mich. Dec. 7, 2011); *Coker v. Metro. Life Ins. Co.*, 2011 WL 5838218 (E.D. Mich. Nov. 18, 2011). *Reynolds* involved a decision by a magistrate regarding written motions for discovery and to amend a complaint. *Pachecho* and *Cooper* involved written motions, pursuant to 28 USC §2255, *Daniel* involved an apparently unobjected-to motion for a competency evaluation of the accused, and *Coker* involved an unobjected-to oral motion to amend the complaint to conform to the arguments that had already been made and briefed by the parties. None of these cases involved an oral request made, and never thereafter pursued, for a stay pending appeal in closing argument of a bench trial.

    Thank you in advance for your attention to this matter.

                                            Sincerely,

                                            Carole M. Stanyar

cc: All counsel of record