No. 14-1341

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

APRIL DEBOER; JANE ROWSE, individually and as parents and next friend of N.D.-R, R.D.-R and J.D.-R, minors,

    Plaintiffs-Appellees,

v.

RICHARD SNYDER, in his official capacity as Governor of the State of Michigan; BILL SCHUETTE, in his official capacity as Michigan Attorney General,

    Defendants-Appellants.

**FILED**
Mar 22, 2014
DEBORAH S. HUNT, Clerk

O R D E R

The plaintiffs are directed to file a response to the defendants' emergency motion for a stay on or before 12:00 noon on Tuesday, March 25, 2014.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk